578

4 A.L.R. 1308; Hanus v. State, 104 Tex. Cr.R. 543, 548, 286 S.W. 218; Knight v. State, 55 Tex.Cr.R. 243, 116 S.W. 56; Clayton v. State, 31 Tex.Cr.R. 489, 21 S.W. 255.

■ . If, upon another trial, there should be testimony from any source that Albert Nichols purchased an automobile from Stevens at Fort Worth, the body of which was identified by Cluck as the body of the car which was stolen from him, and thereby the issue is raised of whether it was or was not the body of Cluck's car, that issue should be submitted to the jury in an affirmative way.

In view of the disposition we are making of this case, we do not deem it necessary to discuss the other questions presented, as they might not arise again in the same way, and perhaps not at all, upon another trial.

For the error above discussed, the judgment of the trial court is reversed, and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

G. C. Jackson, and John T. Spann, both of Crystal City, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for appellee.

KRUEGER, Judge.

On the 21st day of October, 1937, Gene Callaham filed in this court an original application for a writ of mandamus. Since then, he has filed a written request that he be permitted to withdraw his application.

The request is granted, which obviates the necessity of passing upon the question of whether or not he was entitled to the writ.

It is therefore ordered that the motion be, and the same is, granted, and the case is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals, and approved by the court.